**Exhibit A to the Complaint**

**Location:** Hasbrouck Heights, NJ  
**Total Works Infringed:** 35  
**IP Address:** 73.178.223.79  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4 | Blacked | 12/06/2017 14:34:34 | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 2 | 0279F8114C90ECBC2C775793D7CD9105ED963856 | Blacked | 01/16/2018 12:04:16 | 01/15/2018 | 01/20/2018 | 16215970440 |
| 3 | 0DD3276F902204088B854E5F711DA30F5E893A61 | Vixen | 12/06/2017 14:28:47 | 12/05/2017 | 12/17/2017 | 16159649863 |
| 4 | 13C9573AFC29FB933B701A2EC6625DD88531B6D2 | Vixen | 12/21/2017 18:34:30 | 12/20/2017 | 01/18/2018 | 16199943862 |
| 5 | 258961E123E520633A96CDF11E8E6F60E233C816 | Vixen | 10/01/2017 23:36:21 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 6 | 2CB43429526775645D5837FE2C63CFFB1B0D2802 | Vixen | 11/04/2017 17:56:05 | 10/31/2017 | 11/15/2017 | 16016503266 |
| 7 | 31148997CD9F0DD687B5322CE359E163DE2BFAA7 | Blacked | 12/28/2017 23:49:53 | 12/26/2017 | 01/18/2018 | 16215823966 |
| 8 | 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB | Blacked | 11/22/2017 02:43:43 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 9 | 43AF666D13FBC2B12953D257F6CA4935FC3CD7B5 | Blacked Ra | 01/09/2018 00:24:38 | 01/07/2018 | 01/18/2018 | 16215824015 |
| 10 | 4CB998506766F8F138B2C5042D4A5355D70B229D | Blacked Ra | 10/27/2017 11:06:19 | 10/24/2017 | 11/15/2017 | 16016503680 |
| 11 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | Tushy | 11/24/2017 21:31:56 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 12 | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | Tushy | 10/10/2017 10:54:00 | 10/08/2017 | 10/22/2017 | PA0002058298 |
| 13 | 57D55CF2E1C375BBFAB76A1226219452189BF550 | Blacked Ra | 12/04/2017 12:02:45 | 12/03/2017 | 12/17/2017 | 16159429180 |
| 14 | 5C208E2ABF6083135CA52776A02D87442F215D60 | Tushy | 09/27/2017 01:17:34 | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 15 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 11/19/2017 20:07:42 | 11/16/2017 | 11/18/2017 | 16020392782 |
| 16 | 766E1C71FF552FF186850DD63CC9ECC58D923874 | Tushy | 10/04/2017 00:40:07 | 09/03/2017 | 09/10/2017 | PA0002052851 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 77537958D009D974B9970112342BCA232614C16F | Blacked | 01/11/2018 12:26:37 | 01/10/2018 | 01/18/2018 | PA0002070942 |
| 18 | 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3 | Blacked | 12/06/2017 22:55:32 | 12/06/2017 | 12/17/2017 | 16159688299 |
| 19 | 7D276E9E1CEA48D7D41A96C29DEBB48039BE9996 | Blacked Ra | 12/14/2017 19:10:33 | 12/13/2017 | 12/17/2017 | 16159650081 |
| 20 | 8380829FBFACEF0EE48B37AF15910E96A5E8329C | Blacked Ra | 12/25/2017 14:20:30 | 12/23/2017 | 01/18/2018 | 16200020025 |
| 21 | 8519F3BB18D38EB8472CD07987B1BC2224E7EC22 | Vixen | 10/12/2017 23:49:51 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 22 | 9561D69C3BF3605658A7F1DEE8334387C57D8E62 | Tushy | 01/12/2018 11:40:04 | 01/11/2018 | 01/18/2018 | 16215970391 |
| 23 | 9642336EA4BCA83AB7154CFDFA1091ECBFD98B7A | Blacked | 09/19/2017 15:46:38 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 24 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 01/09/2018 00:25:15 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 25 | A39A4EF03CF8F30E706C709DCA309045572ACDB4 | Vixen | 11/25/2017 21:05:56 | 11/25/2017 | 12/17/2017 | 16159428912 |
| 26 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 09/18/2017 00:42:35 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 27 | B630489F04C8118DAEF61613C751E2E19BBBB8C8 | Tushy | 01/04/2018 17:00:26 | 01/01/2018 | 01/18/2018 | 16215970489 |
| 28 | C341AC19AAF42185652B5AD8AA85ADDC9ED72B2C | Vixen | 12/27/2017 11:41:46 | 12/25/2017 | 01/18/2018 | 16200019612 |
| 29 | E2E738A023ED0C5032A028D5D3AC7DB55D80DDC7 | Vixen | 11/22/2017 02:40:59 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 30 | E373EBC6E76B672C0A56B6029898037C2E1DB07C | Blacked | 01/01/2018 21:10:05 | 12/31/2017 | 01/18/2018 | 16199943531 |
| 31 | EAAC93309F7CD7334A698050CCB612153083ECC8 | Vixen | 09/19/2017 17:19:53 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 32 | F011B5C1E76C5CD712DADA5DF9CE66184EAA72B2 | Blacked | 10/18/2017 10:51:20 | 10/17/2017 | 11/15/2017 | 16013343097 |
| 33 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 10/23/2017 11:21:07 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 34 | F08757E3703EC2278B5CEB95FF97E82F94DD77E6 | Vixen | 12/31/2017 00:23:18 | 12/30/2017 | 01/18/2018 | PA0002070944 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | FB53F3EECB506F8A44A81683849E6F2D11533EA7 | Vixen | 09/20/2017 22:56:33 | 08/22/2017 | 09/07/2017 | PA0002052852 |